**Fill in this information to identify the case:**

Debtor 1 _____ Nathaniel Lark _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
                                                                     (State)

Case number _____ 17-10807-elf _____

# Official Form 4100R

## Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: Citibank, N.A., as trustee for CMLTI Asset Trust C/O Fay Servicing, LLC

Court claim no. (if known): 2-1

Last 4 digits of any number you use to identify the debtor's account: 4446

Property address:

        **5500 Warrington Ave**
        **Philadelphia, PA 19143**

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $38,185.76*

*Creditor agrees that it has received $22,433.01 from the office of the Trustee. However, Creditor disagrees that it's claim has been paid in full as the confirmed Chapter 13 Plan proposes to pay Creditor an additional $38,185.76. In addition to this amount, Creditor also has an unsecured claim in the amount of $96,885.45. *See* Doc 74.

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

    The next postpetition payments from the debtor(s) is due on:     ___/__/____
                                                                                                    MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | ( a ) | $38,185.76 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | ( b ) | $0.00 |
| c. **Total.** Add lines a and b. | ( c ) | $38,185.76 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments(s) that first became due on:       _____
                                                                                                          MM/DD/YYYY

Debtor 1     Nathaniel Lark                         Case number (*if known*) 17-10807-elf

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X    /s/ Daniel P. Jones      Date   November 3, 2020
      Signature

Print:      Daniel       P.       Jones
        First Name    Middle Name    Last Name

Title:    Attorney for Creditor

Company    Stern & Eisenberg, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address:
     1581 Main Street, Suite 200
     The Shops at Valley Square
     Warrington, PA 18976

Contact phone (215) 572-8111                        Email: djones@sterneisenberg.com

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  <u>November 3, 2020</u>

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike
Suite 1A
Havertown, PA 19083
rashodian@schollashodian.com
*Counsel for Debtor*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Nathaniel Lark
5500 Warrington Ave
Philadelphia, PA 19143
*Debtor(s)*

By:   <u>/s/ Daniel P. Jones</u>
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor